AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al.      )
       Plaintiff      )
       v.      )  Civil Action No. 1:08cv1761
Freebird Film Productions, Inc., et al.     )
       Defendant      )  Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

   Freebird Film Productions, Inc.
   f/k/a Freebird Video Productions, Inc.
   546-A Kingsley Avenue
   Orange Park, FL 32073

A lawsuit has been filed against you.

     Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   H. Alan Rothenbuecher
   T. Earl LeVere
   Schottenstein Zox & Dunn Co., LPA
   1350 Euclid Avenue, Suite 1400
   Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                               Geri M. Smith
                               Name of clerk of court

Date: July 23, 2008     s/Betty Childress
                               Deputy c[lerk]

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____            _____
                                                                          Server's signature

                                                                          _____
                                                                           Printed name and title

                                                                          _____
                                                                               Server's address

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al.
_____
Plaintiff
v.
Freebird Film Productions, Inc., et al.
_____
Defendant

)
)
)  Civil Action No.  1:08cv1761
)
)
)  Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Fly On, Inc.
c/o Haber Corporation
16830 Ventura Blvd., #501
Encino, CA 91436

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
_____
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
_____
Deputy clerk



(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Craig Reed, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:08cv1761 |
| Freebird Film Productions, Inc., et al. | ) |
| Defendant | ) Judge Boyko |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Cabin Fever Entertainment, Inc.
100 West Putnam Avenue
Greenwich, CT 06830

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    H. Alan Rothenbuecher
    T. Earl LeVere
    Schottenstein Zox & Dunn Co., LPA
    1350 Euclid Avenue, Suite 1400
    Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
Deputy clerk



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                              Server's signature

                                                              Printed name and title

                                                                    Server's address

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al.
_____
Plaintiff
v.
Freebird Film Productions, Inc., et al.
_____
Defendant

Civil Action No. 1:08cv1761

Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Vector Management, Inc.
1607 17th Avenue South
Nashville, TN 37212

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
_____
Name of clerk of court

s/Betty Childress
_____
Deputy clerk's

Date: July 23, 2008



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Craig Reed, et al. <br> Plaintiff <br> v. <br> Freebird Film Productions, Inc., et al. <br> Defendant | Civil Action No. 1:08cv1761 <br><br> Judge Boyko |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Judy Van Zant Jenness
1963 Salt Myrtle Lane
Orange Park, FL 32073

A lawsuit has been filed against you.

     Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
Deputy clerk'



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
 _____ ; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____ ; or

 (4) returning the summons unexecuted to the court clerk on _____ ; or

 (5) other *(specify)* _____
 _____
 _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                      _____
                          Server's signature

                      _____
                          Printed name and title

                      _____
                           Server's address

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al. )
_____ )
Plaintiff )
v. ) Civil Action No. 1:08cv1761
Freebird Film Productions, Inc., et al. )
_____ )
Defendant ) Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gary Rossington
16830 Ventura Blvd., #501
Encino, CA 91436

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    H. Alan Rothenbuecher
    T. Earl LeVere
    Schottenstein Zox & Dunn Co., LPA
    1350 Euclid Avenue, Suite 1400
    Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

Geri M. Smith
_____
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
_____
Deputy clerk's



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

    _____
                              Server's signature

    _____
                              Printed name and title

    _____
                              Server's address

# UNITED STATES DISTRICT COURT

for the

Craig Reed, et al.
_____
Plaintiff
v.
Freebird Film Productions, Inc., et al.
_____
Defendant

) 
) 
) Civil Action No. 1:08cv1761
) 
) 
) Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Ross Schilling
1607 17th Avenue, South
Nashville, TN 37212

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
_____
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
_____
Deputy clerk'



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

      (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

      (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

      (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

      (4) returning the summons unexecuted to the court clerk on _____ ; or

      (5) other *(specify)* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                         Server's signature

                                                                         Printed name and title

                                                                         Server's address

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al.
Plaintiff
v.
Freebird Film Productions, Inc., et al.
Defendant

Civil Action No. 1:08cv1761

Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Hallmark Entertainment Dist., LLC
1325 Ave of the Americas
New York, NY 10019

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
Deputy c



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
        _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
        _____
        _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                                        Server's signature

                                                                                        Printed name and title

                                                                                          Server's address

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al.
_____
Plaintiff
v.
Freebird Film Productions, Inc., et al.
_____
Defendant

) ) ) ) ) )

Civil Action No. 1:08cv1761

Judge Boyko

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Artisan Entertainment, Inc.
2700 Colorado Avenue
Santa Monica, CA 90404


A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    H. Alan Rothenbuecher
    T. Earl LeVere
    Schottenstein Zox & Dunn Co., LPA
    1350 Euclid Avenue, Suite 1400
    Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
_____
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
_____
Deputy

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                                                                                           Server's signature

                                                                                          Printed name and title

                                                                                            Server's address

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Craig Reed, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08cv1761 |
| Freebird Film Productions, Inc., et al. | ) | |
| Defendant | ) | Judge Boyko |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lynyrd Skynyrd Productions, Inc.
c/o Harbor Corp.
16830 Ventura Blvd., #501
Encino, CA 91436

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
Name of clerk of court

Date: July 23, 2008

s/Betty Childress
Deputy clerk



(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address