AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Craig Reed, et al. )
_____ )
Plaintiff )
v. ) Civil Action No. 1:08cv1761
Freebird Film Productions, Inc., et al. )
_____ )
Defendant ) Judge Boyko

### Summons in a Civil Action

To: *(Defendant's name and address)*

Cabin Fever Entertainment, Inc.
100 West Putnam Avenue
Greenwich, CT 06830


A lawsuit has been filed against you.

  Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

H. Alan Rothenbuecher
T. Earl LeVere
Schottenstein Zox & Dunn Co., LPA
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                       Geri M. Smith
                       Name of clerk of court

Date: July 23, 2008             s/Betty Childress
                       Deputy clerk


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __July 21, 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* __Certified Mail, Service by Clerk_____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __August 13, 2008__

s/Barbara L. Birr

**Deputy Clerk**    Server's signature

Printed name and title

801 West Superior Avenue
Cleveland, Ohio 44113

Server's address

2008 AUG 13 PM 12: 25

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☑ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Cabin Fever Entertainment, Inc.<br>100 West Putnam Ave.<br>Greenwich, CT 06830 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

08cv1761

---

UNITED STATES POSTAL SERVICE
STAMFORD CT
31 JUL 2008 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio
Carl B. Stokes Courthouse
801 W. Superior Avenue
Cleveland, Ohio 44113