AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Craig Reed, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:08cv1761 |
| Freebird Film Productions, Inc., et al. | ) |
| Defendant | ) Judge Boyko |

## Summons in a Civil Action

To: *(Defendant's name and address)*

    Artisan Entertainment, Inc.
    2700 Colorado Avenue
    Santa Monica, CA 90404

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    H. Alan Rothenbuecher
    T. Earl LeVere
    Schottenstein Zox & Dunn Co., LPA
    1350 Euclid Avenue, Suite 1400
    Cleveland, Ohio 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                       Geri M. Smith
                                                                 Name of clerk of court

Date: July 23, 2008                               s/Betty Childress
                                                                  Deputy

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __July 28, 2008__, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* __Certified Mail, Service by Clerk__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __August 13, 2008__

s/Barbara L. Birr
Server's signature

Deputy Clerk
Printed name and title

801 West Superior Avenue
Cleveland, Ohi 44113
Server's address

2008 AUG 13 PM 12: 25

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) _Barbacan Marks_ C. Date of Delivery _7/28/08_ |
| 1. Article Addressed to:<br><br>Artisan Entertainment, Inc.<br>2700 Colorado Avenue<br>Santa Monica, CA 90404 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

08 CV 1761

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio
Carl B. Stokes Courthouse
801 W. Superior Avenue
Cleveland, Ohio 44113