UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al., | CASE NO. 1:08-CV-01761 |
| Plaintiffs, | JUDGE CHRISTOPHER A. BOYKO |
| vs. | |
| FREEBIRD FILM PRODUCTIONS, INC., et al., | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT BY DEFENDANT RHI ENTERTAINMENT, LLC** |
| Defendants. | |

Defendant RHI Entertainment, LLC, successor in interest to named defendant Hallmark Entertainment Distributors, LLC, hereby moves this Court for an additional twenty (20) days through and including September 8, 2008 to respond to the Complaint in the captioned matter. The additional time is necessary in order to allow defendant RHI an opportunity to fully investigate the plaintiffs' allegations and the history of the various transactions and license agreements referred to in the Complaint.

The undersigned has spoken with counsel for plaintiffs, who has consented to this requested extension.

Respectfully submitted,


/s/Louis A. Colombo
Louis A. Colombo (0025711)
Brandt W. Gebhardt (0079823)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

Attorneys for RHI Entertainment, LLC

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Extension of Time was served upon each of the defendants at the captions listed in the Complaint, and upon counsel for plaintiff by the Court's electronic filing system this 14th day of August, 2008.

/s/Louis A. Colombo
One of the Attorneys for Defendant
RHI Entertainment, LLC

502011295.1