UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>FREEBIRD FILM PRODUCTIONS, INC., et al.,<br><br>     Defendants. | CASE NO. 1:08-CV-01761<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT BY DEFENDANT ARTISAN ENTERTAINMENT, INC.** |

  Defendant Artisan Entertainment, Inc., now known as Lionsgate Films, Inc., hereby moves this Court for a brief extension of time until September 8, 2008 to respond to the Complaint in the captioned matter. (This is the same deadline previously granted to defendant RHI.) The additional time is necessary in order to allow defendant Artisan an opportunity to fully investigate the plaintiffs' allegations and the history of the various transactions and license agreements referred to in the Complaint.

  The undersigned has spoken with counsel for plaintiffs who has consented to this requested extension.

Respectfully submitted,

/s/Louis A. Colombo
Louis A. Colombo (0025711)
Brandt W. Gebhardt (0079823)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740

Attorneys for Artisan Entertainment, Inc.

# CERTIFICATE OF SERVICE

A copy of the foregoing Motion for Extension of Time was served upon each of the defendants at the captions listed in the Complaint, and upon counsel for plaintiff by the Court's electronic filing system this 22nd day of August, 2008.

/s/Louis A. Colombo
One of the Attorneys for Defendant
Artisan Entertainment, Inc.

502022024.1