7/3/07

*issued on 8/19/08 /eb*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Craig Reed, et al.        CIVIL CASE NO. 1:08cv1761

vs.

                       JUDGE Boyko

Freebird Film Productions, Inc., et al.

FILED 08 AUG 19 PM 3:01 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☒ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS & TENEMENTS

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 08/19/08          By: H. Alan Rothenbuecher

                                        Attorney for Craig Reed & Survivor Films, Inc.