IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REED, et al., | ) |
|       Plaintiffs, | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| | ) CASE NO. 1:08CV1761 |
| vs. | ) |
| | ) UNOPPOSED MOTION OF DEFENDANTS |
| | ) FREEBIRD FILM PRODUCTIONS, INC., |
| FREEBIRD FILM PRODUCTIONS INC., | ) FLY ON, INC., VECTOR MANAGEMENT, |
| et al., | ) INC., GARY ROSSINGTON, ROSS |
| | ) SCHILLING AND LYNYRD SKYNYRD |
|       Defendants. | ) PRODUCTIONS, INC. FOR AN |
| | ) EXTENSION OF TIME TO ANSWER OR |
| | ) OTHERWISE PLEAD |
| | ) |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Freebird Film Productions, Inc., Fly On, Inc., Vector Management, Inc., Gary Rossington, Ross Schilling and Lynyrd Skynyrd Productions, Inc. (collectively, "Defendants"), respectfully request that this Court grant them an extension of time, until and including September 12, 2008, in which to answer or otherwise plead in response to the Complaint filed in this action by Plaintiffs Craig Reed and Survivor Films, Inc. (collectively, "Plaintiffs").

Defendants request the extension so that they may more fully evaluate the claims in the Complaint and permit Defendants' counsel additional time within which to discuss the asserted claims with Plaintiffs' counsel. Plaintiffs' counsel, T. Earl LeVere, was consulted about the requested extension and consented to same.

For these reasons, Defendants submit that this motion should be granted.

Respectfully submitted,

DATED: August 27, 2008  
Cleveland, Ohio

/s/ Mark E. Avsec
Mark E. Avsec (0064472)
mavsec@bfca.com
Bryan A. Schwartz (0078527)
bschwartz@bfca.com
Angela Gott (0082198)
agott@bfca.com
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned certifies that on August 27, 2008, a true and correct copy of the foregoing UNOPPOSED MOTION OF DEFENDANTS FREEBIRD FILM PRODUCTIONS, INC., FLY ON, INC., VECTOR MANAGEMENT, INC., GARY ROSSINGTON, ROSS SCHILLING AND LYNYRD SKYNYRD PRODUCTIONS, INC. FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ Mark E. Avsec
                                                  One of the Attorneys for Defendants