IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REED, et al.,<br>      Plaintiffs,<br><br>vs.<br><br>FREEBIRD FILM PRODUCTIONS INC.,<br>et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JUDGE CHRISTOPHER A. BOYKO<br><br>CASE NO. 1:08CV1761<br><br>NOTICE OF APPEARANCE OF ANGELA R. GOTT |

PLEASE TAKE NOTICE that Angela R. Gott, an attorney with the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, hereby enters her appearance as counsel for Defendants Freebird Film Productions, Inc., Fly On, Inc., Vector Management, Inc., Gary Rossington, Ross Schilling and Lynyrd Skynyrd Productions, Inc. (collectively, "Defendants").

                                                                                   Respectfully submitted,

DATED: September 5, 2008             /s/ Angela R. Gott
Cleveland, Ohio                            Angela R. Gott (0082198)
                                                agott@bfca.com
                                                Mark E. Avsec (0064472)
                                                mavsec@bfca.com
                                                Bryan A. Schwartz (0078527)
                                                bschwartz@bfca.com
                                                BENESCH, FRIEDLANDER,
                                                  COPLAN & ARONOFF LLP
                                                200 Public Square, Suite 2300
                                                Cleveland, Ohio 44114-2378
                                                Telephone: (216) 363-4500
                                                Facsimile: (216) 363-4588
                                                Attorneys for Defendants

3043034-1

CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2008, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Angela R. Gott
One of the Attorneys for Defendants

3043034-1