IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REED, et al., <br>     Plaintiffs, <br><br> vs. <br><br> FREEBIRD FILM PRODUCTIONS INC., et al., <br><br>     Defendants. | JUDGE CHRISTOPHER A. BOYKO <br><br> CASE NO. 1:08CV1761 <br><br> NOTICE OF APPEARANCE OF BRYAN A. SCHWARTZ |

PLEASE TAKE NOTICE that Bryan A. Schwartz, an attorney with the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, hereby enters his appearance as counsel for Defendants Freebird Film Productions, Inc., Fly On, Inc., Vector Management, Inc., Gary Rossington, Ross Schilling and Lynyrd Skynyrd Productions, Inc. (collectively, "Defendants").

                                                Respectfully submitted,

DATED: September 5, 2008       /s/ Bryan A. Schwartz
Cleveland, Ohio                            Bryan A. Schwartz (0078527)
                                                bschwartz@bfca.com
                                                  Angela Gott (0082198)
                                                  agott@bfca.com
                                                  Mark E. Avsec (0064472)
                                                  mavsec@bfca.com
                                                  BENESCH, FRIEDLANDER,
                                                    COPLAN & ARONOFF LLP
                                                  200 Public Square, Suite 2300
                                                  Cleveland, Ohio 44114-2378
                                                  Telephone: (216) 363-4500
                                                  Facsimile: (216) 363-4588
                                                  Attorneys for Defendants

3043040-1

CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2008, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Bryan A. Schwartz
    One of the Attorneys for Defendants

3043040-1