IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Case Number: 1:08cv1761

Craig Reed, et al. Plaintiff,

Judge: Boyko

vs.

Freebird Film Productions, Inc., et al.

Defendant.

## CERTIFICATE OF MAILING

Pursuant to Local Rule 4.2(c), I hereby certify that a copy of the summons and complaint was sent by ordinary mail this 11th day of September, 2008 to:

Judy Van Zant Jenness
500 Ocean Blvd.
Atlantic Beach, FL 32233

Geri M. Smith

Clerk of Court

By: s/Betty Childress

Dockets.Justia.com