IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al., <br><br> Plaintiffs <br><br> vs. <br><br> FREEBIRD FILM PRODUCTIONS, INC., et al., <br><br> Defendants. | CASE NO. 1:08-CV-01761 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> **MOTION TO EXCUSE THE ATTENDANCE OF DEFENDANTS RHI ENTERTAINMENT DISTRIBUTION, LLC (SUCCESSOR IN INTEREST TO NAMED DEFENDANT HALLMARK ENTERTAINMENT DIST., LLC) AND LIONS GATE FILMS, INC. (SUCCESSOR IN INTEREST TO NAMED DEFENDANT ARTISAN ENTERTAINMENT, INC.) AND LEAD COUNSEL FROM THE CASE MANAGEMENT CONFERENCE** |

Defendants RHI Entertainment Distribution, LLC, (successor in interest to named defendant Hallmark Entertainment Dist., LLC) ("RHI") and Lions Gate Films, Inc. (successor in interest to named defendant Artisan Entertainment, Inc.) ("Lions Gate") hereby respectfully move this Court for leave not to appear in person at the case management conference scheduled for September 29, 2008 in this case. Defendants also respectfully ask this Court to excuse the attendance of Louis A. Colombo, their lead counsel.

The reasons for the requested excused absences are that RHI is a limited liability company headquartered in New York City, and Lions Gate is a corporation headquartered in California, and it would constitute a significant burden for either to have to appear in person at the case management conference. Furthermore, since neither defendant has engaged in any

infringement of copyright in this action, each anticipates filing an early motion for summary judgment if the claims against them are not disposed of by agreement.

Defendants also request that their lead counsel, Louis A. Colombo, be excused from attending the case management conference. He will be in Europe at the time of the conference, on a vacation planned almost six months ago, and should be excused from attendance. One of Mr. Colombo's associates will, of course, be present at the case management conference.

If the Court prefers that lead counsel be present, Mr. Colombo will be back in the office on October 7.

Respectfully submitted,

/s/Louis A. Colombo
Louis A. Colombo (0025711)
Brandt W. Gebhardt (0079823)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
lcolombo@bakerlaw.com
bgebhardt@bakerlaw.com

*Attorneys for Defendants RHI Entertainment Distribution, LLC and Lions Gate Entertainment, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon each of the defendants via the Court's electronic filing system this 15th day of September, 2008.

s/Louis A. Colombo
*One of the Attorneys for Defendants*
*RHI Entertainment Distribution, LLC*
*and Lions Gate Entertainment, Inc.*
