## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| REED, et al., | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| Plaintiffs, | ) CASE NO. 1:08CV1761 |
| | ) |
| vs. | ) |
| | ) |
| FREEBIRD FILM PRODUCTIONS, | ) **CORPORATE DISCLOSURE** |
| INC., et al., | ) **STATEMENT OF LYNYRD SKYNYRD** |
| | ) **PRODUCTIONS, INC.** |
| Defendants. | ) |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provision, this Corporate Disclosure Statement is filed on behalf of Lynyrd Skynyrd Productions, Inc.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____ Yes \_\_\_X\_\_\_\_ No.

If the answer is yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party.

2. Is there a publicly owned corporation, not a party to this case, that has a finanical interest in the outcome?

        Yes   X   No.

If the answer is yes, list the identity of such corporation and the nature of the financial interest.

| | |
|---|---|
| DATED: September 29, 2008 | Respectfully submitted, |
| | /s/ Mark E. Avsec<br>MARK E. AVSEC (0064472)<br>mavsec@bfca.com<br>BRYAN A. SCHWARTZ (0078527)<br>bschwartz@bfca.com<br>ANGELA R. GOTT (0082198)<br>agott@bfca.com<br>**BENESCH, FRIEDLANDER,**<br>  **COPLAN & ARONOFF LLP**<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone: (216) 363-4500<br>Facsimile: (216) 363-4588<br><br>Attorneys for Defendant Lynyrd Skynyrd Productions, Inc. |