# United States District Court

## NORTHERN DISTRICT OF OHIO

Craig Reed

**ALIAS SUMMONS IN A CIVIL CASE**

**v.**

CASE NUMBER: 1:08cv1761

Freebird Film Productions, Inc.

Judge: Boyko

Magistrate Judge:

TO: (Name and address of defendant)

      Judy Van Zant Jenness
      1836 Nightfall Drive
      Neptune Beach, FL 32266-3162

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      H. Alan Rothenbuecher
      Schottenstein Zox & Dunn, Co., LPA
      1350 Euclid Avenue, Suite 1400
      Cleveland, Ohio 44115

20

an answer to the complaint which is herewith served upon you, within _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

SEP 2 9 2008

GERI M. SMITH

DATE: _____

Clerk

(By) Deputy Clerk

# RETURN OF SERVICE

|  | DATE |
|---|---|

Service of the Summons and Complaint was made by me ₁

| Name of SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: _____
*(Date    )*

_____
*Signature of Server*

*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.