# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

REED, et al., )
)
) Case No. 1:08-CV-01761
v. )
)  Corporate Disclosure Statement
FREEBIRD FILM PRODUCTIONS, INC., )
et al. )
)

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

RHI Entertainment Distribution, LLC (successor in interest to named defendant Hallmark Entertainment Dist., LLC).

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
     __X__ Yes      _____ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
The publicly owned corporation, RHI Entertainment, Inc., is the majority owner of RHI Entertainment Holdings II, LLC, which wholly owns RHI Entertainment, LLC, which, in turn, wholly owns RHI Entertainment Distribution, LLC.

2.    Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? __X__ Yes      _____ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:
See above.

/s/ Brandt Gebhardt                    September 30, 2008
(Signature of Counsel)                 (Date)
Brandt W. Gebhardt

American LegalNet, Inc.
www.FormsWorkflow.com