IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al., <br><br> Plaintiffs <br><br> vs. <br><br> FREEBIRD FILM PRODUCTIONS, INC., et al., <br><br> Defendants. | CASE NO. 1:08-CV-01761 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> **UNOPPOSED MOTION TO HOLD 12/17/08 STATUS CONFERENCE IN PERSON** |

Defendants RHI Entertainment Distribution, LLC (successor in interest to named defendant Hallmark Entertainment Dist., LLC) and Lions Gate Films, Inc. (successor in interest to named defendant Artisan Entertainment, Inc.) move this Court to conduct the December 17, 2008 status conference, currently designated as a telephone conference, in person. The plaintiffs and other defendants concur in this request. Counsel collectively feel that there are issues that have arisen that will be more effectively addressed in person with the Court.

Respectfully submitted,

/s/ Louis A. Colombo
Louis A. Colombo (0025711)
Brandt W. Gebhardt (0079823)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
lcolombo@bakerlaw.com
bgebhardt@bakerlaw.com

*Attorneys for Defendants RHI Entertainment Distribution, LLC and Lions Gate Entertainment, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon each of the defendants via the Court's electronic filing system this 5th day of December, 2008.

                        s/Louis A. Colombo
*One of the Attorneys for Defendants*
*RHI Entertainment Distribution, LLC*
*and Lions Gate Entertainment, Inc.*

502143390