IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al., | ) |
| | ) CASE NO. 1:08CV1761 |
| Plaintiffs, | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| | ) |
| FREEBIRD FILM PRODUCTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY THE CLERK

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO:

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs, Craig Reed and Survivor Films, Inc., request that you enter a default against Defendant Cabin Fever Entertainment, Inc.

Despite having been served on or about July 21, 2008, the foregoing Defendant has failed to answer, move, plead or otherwise respond to the Complaint. (See Declaration in Support of Service, and a copy of the Court's docket, attached as Exhibits A and B, respectively). A proposed Entry of Default is attached as Exhibit C.

Respectfully submitted,

/s/ H. Alan Rothenbeucher
H. Alan Rothenbeucher (0041883)
  hrothenbuecher@szd.com
T. Earl LeVere (0063515)
  elevere@szd.com
SCHOTTENSTEIN, ZOX & DUNN CO., L.P.A.
US Bank Centre at Playhouse Square
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115
Phone: (216) 394-5075
Facsimile: (216) 394-5092
*Attorneys for Plaintiffs Craig Reed and Survivor Films, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Plaintiffs' Request For Entry of Default by the Clerk* has been filed via the Court's electronic filing system and served on all parties on the 15th day of December, 2008.

/s/ H. Alan Rothenbeucher