IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al., | ) |
| Plaintiffs, | ) CASE NO. 1:08CV1761 |
| vs. | ) JUDGE CHRISTOPHER A. BOYKO |
| FREEBIRD FILM PRODUCTIONS, INC., et al., | ) |
| Defendants. | ) |

### ENTRY OF DEFAULT AGAINST CABIN FEVER ENTERTAINMENT, INC.

Based on a review of the Court's docket, Defendant Cabin Fever Entertainment, Inc. is in default, having failed to answer, move or otherwise plead in this cause as required by law;

Now, therefore, in accordance with Fed. R. Civ. P. 55(a), default is hereby entered against Defendant, Cabin Fever Entertainment, Inc. on this 16 day of December, 2008.

Geri M. Smith, Clerk of Court
United States District Court
Northern District of Ohio

By: s/Marsha A. Nichols
December 16, 2008

{C0031261.1}



EXHIBIT C

Dockets.Justia.com