AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

Craig Reed, et al.

**ALIAS SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:08CV1761

Freebird Film Productions, Inc., et al.

Judge: Boyko

TO: (Name and address of defendant)

Magistrate Judge:

Judy Van Zan Jenness
1836 Nightfall Drive
Neptune Beach, FL 32266-3162

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. Alan Rothenbuecher, Esq.
Schottenstein Zox & Dunn, Co., LPA
1350 Euclid Ave., Ste. 1400
Cleveland, OH 44115

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: 12/17/08

/s Nicholina Riebe
(By) Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/23/08  9:59 AM |
| Name of SERVER (PRINT) Mark Powell | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
1836 Nightfall Drive, Neptune Beach, Fl 32266

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 12/23/08
(Date)

Signature of Server

Address of Server
9140 Golfside Drive Suite 25
Jacksonville, Fl 32256

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.