**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| REED, et al., ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiffs, ) | |
| ) | CASE NO. 1:08-CV-1761 |
| vs. ) | |
| ) | |
| FREEBIRD FILM PRODUCTIONS, INC., ) | **UNOPPOSED MOTION OF** |
| et al., ) | **DEFENDANT JUDY JENNESS FOR AN** |
| ) | **EXTENSION OF TIME TO ANSWER** |
| Defendants. ) | **OR OTHERWISE PLEAD** |
| ) | ****Expedited Consideration Requested**** |

Defendant Judy Jenness ("Jenness") hereby respectfully moves this Court for an extension of time to answer or otherwise respond to the Complaint filed in this case by Plaintiffs Craig Reed and Survivor Films, Inc. (collectively, "Plaintiffs") until such time as this Court has had an opportunity to rule on the parties' dispositive motions, which are scheduled to be filed by January 20, 2009. The current due date for Jenness's response to the Complaint is today, January 12, 2009.

The bases for this Motion are that Jenness has only recently obtained counsel (undersigned) for this matter and that this Motion is supported by good cause. Jenness's response raises certain jurisdictional issues, defenses, and objections that counsel has not had an

adequate opportunity to investigate. In light of this Court's December 17, 2008 Docket Entry ("the Docket Entry"),[1] raising such defenses at this stage could require the parties and the Court to expend resources unnecessarily. Furthermore, in light of the Docket Entry, an extension of time for Jenness to answer or otherwise plead would not unduly delay resolution of this case. In addition, Plaintiffs' counsel has consented to this Motion.

For the foregoing reasons, Jenness submits that this Motion should be granted.

Respectfully submitted,

DATED: January 12, 2009

*/s/ Mark E. Avsec*_____
MARK E. AVSEC (0064472)
mavsec@beneschlaw.com
BRYAN A. SCHWARTZ (0078527)
bschwartz@beneschlaw.com
ANGELA R. GOTT (0082198)
agott@beneschlaw.com
**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

*Attorneys for Defendant Judy Jenness*

---

[1] On December 17, 2008 this Court made a Docket Entry ("the Docket Entry") in which the Court instructed that it was withdrawing Defendant Lynyrd Skynryd's answer and counterclaim, with right to re-file a motion for leave to amend if necessary after ruling on dispositive motions, and holding the parties' discovery dispute in abeyance until after ruling on dispositive motions.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2009, a copy of the foregoing UNOPPOSED MOTION OF DEFENDANT JUDY JENNESS FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties. Parties may access this filing through the Court's system.

*/s/ Mark E. Avsec*
MARK E. AVSEC (0064472)