**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CRAIG REED, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) CASE NO. 1:08CV1761 |
| | ) |
| vs. | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| FREEBIRD FILM PRODUCTIONS, INC., *et al.*, | ) |
| | ) **STIPULATION OF DISMISSAL OF** |
| | ) **ARTISAN ENTERTAINMENT, INC. AND** |
| Defendants. | ) **LIONS GATE FILMS, INC. WITHOUT** |
| | ) **PREJUDICE** |

Pursuant to Fed. Civ. R. P. 41(a)(1)(A)(ii), Plaintiffs, Craig Reed and Survivor Films, Inc., dismiss Defendant Artisan Entertainment, Inc. and its successor-in-interest Lions Gate Films, Inc., without prejudice. Pursuant to Civil Rule 41, all parties to this action who have entered an appearance have consented to the dismissal of Artisan/Lions Gate from this action, without prejudice. This dismissal is a partial dismissal only, and does not affect Plaintiffs' claims against the remaining Defendants, which Plaintiff will continue to pursue against the remaining Defendants.

Respectfully submitted,

/s/ Mark E. Avsec
Mark E. Avsec, Esq.
Bryan A. Schwartz, Esq.
Angela R. Gott, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Phone: (216) 363-4500
Facsimile: (216) 363-4588

*Attorneys for Defendants Freebird Film Productions, Inc., Fly On, Inc., Vector Management, Inc., Lynyrd Skynyrd Productions, Inc., Judy Van Zant Jenness, Gary Rossington, and Ross Schilling*

/s/ H. Alan Rothenbuecher
H. Alan Rothenbuecher, Esq.
  hrothenbuecher@szd.com
T. Earl LeVere, Esq.
  elevere@szd.com
Schottenstein Zox & Dunn, Co., LPA
US Bank Center at Playhouse Square
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115
Phone: (216) 394-5075
Facsimile: (216) 394-5092

*Attorneys for Plaintiffs Craig Reed and Survivor Films, Inc.*

/s/ Louis A. Colombo
Louis A. Colombo, Esq.
Brandt W. Gebhardt, Esq.
Baker & Hostetler
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114

*Attorneys for Defendants RHI Entertainment Distribution, LLC (Successor in Interest to Named Defendant Hallmark Entertainment Dist. LLC) and Lions Gate Films, Inc. (Successor in Interest to Named Defendant Artisan Entertainment, Inc.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on January _____ , 2009, a copy of the foregoing *Stipulation of Dismissal of Artisan Entertainment, Inc. and Lions Gate Films, Inc. without Prejudice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ H. Alan Rothenbuecher
H. Alan Rothenbuecher