# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, *et al.,* | ) |
| Plaintiffs, | ) CASE NO. 1:08CV1761 |
| vs. | ) JUDGE CHRISTOPHER A. BOYKO |
| FREEBIRD FILM PRODUCTIONS, INC., *et al.,* | ) |
| Defendants. | ) **STIPULATION OF DISMISSAL OF ARTISAN ENTERTAINMENT, INC. AND LIONS GATE FILMS, INC. WITHOUT PREJUDICE** |

Pursuant to Fed. Civ. R. P. 41(a)(1)(A)(ii), Plaintiffs, Craig Reed and Survivor Films, Inc., dismiss Defendant Artisan Entertainment, Inc. and its successor-in-interest Lions Gate Films, Inc., without prejudice. Pursuant to Civil Rule 41, all parties to this action who have entered an appearance have consented to the dismissal of Artisan/Lions Gate from this action, without prejudice. This dismissal is a partial dismissal only, and does not affect Plaintiffs' claims against the remaining Defendants, which Plaintiff will continue to pursue against the remaining Defendants.

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

JANUARY 15, 2009
```

{C0031760.1}                                1