IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al., <br><br> Plaintiffs <br><br> vs. <br><br> FREEBIRD FILM PRODUCTIONS, INC., et al., <br><br> Defendants. | CASE NO. 1:08-CV-01761 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> **MOTION OF DEFENDANT RHI ENTERTAINMENT DISTRIBUTION, LLC (SUCCESSOR IN INTEREST TO NAMED DEFENDANT HALLMARK ENTERTAINMENT DIST., LLC) FOR SUMMARY JUDGMENT** |

Defendant RHI Entertainment Distribution, LLC (successor in interest to named defendant Hallmark Entertainment Dist., LLC) hereby moves this Court for summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure on the ground that there is no genuine dispute as to any material fact, and defendant is entitled to judgment as a matter of law, as will appear from the attached Declaration, Exhibits and the Brief in support of this motion being filed herewith.

Respectfully submitted,

/s/Louis A. Colombo
Louis A. Colombo (0025711)
Brandt W. Gebhardt (0079823)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
lcolombo@bakerlaw.com
bgebhardt@bakerlaw.com

*Attorney for Defendant RHI Entertainment Distribution, LLC*

# CERTIFICATE OF SERVICE

A copy of the foregoing and the associated Declaration and Exhibits was served upon counsel for plaintiffs and for each of the defendants via the Court's electronic filing system this ___ day of January, 2009.

/s/Louis A. Colombo
*One of the Attorneys for Defendants*
*RHI Entertainment Distribution, LLC*

502192368