# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CRAIG REED, et al.,** ) | **CASE NO. 1:08CV1761** |
| ) | |
| Plaintiffs, ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FREEBIRD FILM PROD., et al.,** ) | |
| ) | |
| Defendants. ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon receipt of a courtesy copy of the Lynyrd Skynyrd Defendants' Motion for Summary Judgment.

The Court will not accept pleadings or motions filed under seal. Rather, the Court will accept under seal only those documents falling squarely within the definition of "confidential information" found in Section I of the Protective Order (ECF DKT #35).

The Lynyrd Skynyrd Defendants shall re-file their motion by Friday, January 23, 2009, or the Court will unseal the document, attachments and exhibits filed today, January 20, 2009.

**IT IS SO ORDERED.**

**DATE: January 21, 2009**

 **S/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**