IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REED, et al., <br>     Plaintiffs, <br><br> vs. <br><br> FREEBIRD FILM PRODUCTIONS, INC., et al., <br><br>     Defendants. | ) CASE NO. 1:08CV1761 <br> ) <br> ) JUDGE CHRISTOPHER A. BOYKO <br> ) |

## DECLARATION OF JOHNNY VAN ZANT

I, Johnny Van Zant, having been duly sworn, do hereby depose and state:

1. I am the current lead singer for the musical group Lynyrd Skynyrd. I am the younger brother of Ronnie Van Zant, who died in the tragic plane crash that also killed Steve Gaines, and Cassie Gaines, among others, in October 1977. I have served as Lynyrd Skynyrd's lead singer since the band reformed in or around 1987.

2. Lynyrd Skynyrd is a world famous musical group known for Southern rock music. Among other songs, the band is known for "Sweet Home Alabama," "Simple Man," "Saturday Night Special," and, of course, the rock anthem, "Free Bird." Lynyrd Skynyrd has, in the aggregate, sold millions of recordings and is regarded throughout the world as an iconic and legendary musical group.

3. When original band members and crash survivors Gary Rossington, Billy Powell, Leon Wilkeson, and Artimus Pyle reformed Lynyrd Skynyrd in 1987, I joined them on lead vocals.

4.     At some point, we started using the Super 8 film footage that longtime roadie, Craig Reed ("Reed"), shot of the original band. We used it not to make money from it, but simply because we wanted to show people the historical roots of the band. We wanted to educate younger people about the band's founding members who tragically died in the plane crash. We wanted to pay homage to them. It was special for me to see my brother in the film footage and to be able to salute him during the shows. I have a connection with my brother because I carried on as the singer for the band. And I wanted to honor him as the founder and original voice of Lynyrd Skynyrd. I wanted to acknowledge him during the concerts. It was special for me to be able to do that.

5.     Reed's film footage was never sold as a stand-alone product and, to my knowledge, it was never used in advertising to promote the sale of any products or of any concerts.

6.     Lynyrd Skynyrd's motive in using Reed's footage was not to profit from it, but to remind and educate the band's audiences about the band's founding members, including my brother, who died in the plane crash, and to honor them.

I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: January 14, 2009

Johnny Van Zant