AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF OHIO

Craig Reed

**ALIAS SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:08cv1761

Freebird Film Productions, Inc.

Judge: Boyko

TO: (Name and address of defendant)

Magistrate Judge:

    Judy Van Zant Jenness
    1836 Nightfall Drive
    Neptune Beach, FL 32266-3162

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    H. Alan Rothenbuecher
    Schottenstein Zox & Dunn, Co., LPA
    1350 Euclid Avenue, Suite 1400
    Cleveland, Ohio 44115

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 2 9 2008

GERI M. SMITH
Clerk

DATE:

(By) Deputy Clerk

U.S. DISTRICT COURT
801 W. Superior Ave
Cleveland, OH - 44113

UNCLAIMED

7007 1490 0000 3714 3440





$6.24
09/29/2009
Mailed From 44115

10|3|8
N-
6026

Judy Van Zant Jenness
1836 Nightfall Dr.
Neptune Beach, FL
         32266-3162

AO 440 (Rev. 08/06) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☒ Returned unexecuted: Unclaimed

☐ Other (specify):

*[Stamp: 09 FEB 13 PM 11:23]*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2/13/09
(Date)

*[Signature]*
Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.