# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, *et al.*, | ) CASE NO. 1:08CV1761 |
| Plaintiffs, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| FREEBIRD FILM PRODUCTIONS, INC., *et al.*, | ) CERTIFICATIONS OF PLAINTIFFS' COUNSEL |
| Defendants. | ) |

Pursuant to Local Rule 7.1(f), Plaintiffs certify that the above-referenced case currently has not been assigned to a track. Plaintiffs further certify that their memoranda in opposition to Defendants' two motions for summary judgment adhere to the page limitation of 20 pages per memorandum for standard cases.

Respectfully submitted,

/s/ H. Alan Rothenbuecher
H. Alan Rothenbuecher, Esq.
  hrothenbuecher@szd.com
T. Earl LeVere, Esq.
  elevere@szd.com
Schottenstein Zox & Dunn, Co., LPA
US Bank Center at Playhouse Square
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115
Phone: (216) 394-5075
Facsimile: (216) 394-5092

*Attorneys for Plaintiffs Craig Reed and Survivor Films, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2009, a copy of the foregoing *Certifications of Plaintiffs' Counsel* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ H. Alan Rothenbuecher
H. Alan Rothenbuecher