IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CRAIG REED, et al.,<br><br>    Plaintiffs<br><br>vs.<br><br>FREEBIRD FILM PRODUCTIONS, INC., et al.,<br><br>    Defendants. | CASE NO. 1:08-CV-01761<br><br>JUDGE CHRISTOPHER A. BOYKO<br><br>**MOTION OF DEFENDANT RHI ENTERTAINMENT DISTRIBUTION, LLC (SUCCESSOR IN INTEREST TO NAMED DEFENDANT HALLMARK ENTERTAINMENT DIST., LLC) FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

    Defendant RHI Entertainment Distribution, LLC hereby respectfully moves this Court for an additional two (2) days, through and including March 6, 2009, to file its reply brief in support of its motion for summary judgment. This brief extension would allow defendant the ten days (excluding intermediate Saturdays and Sundays) provided by Local Rule 7.1(e) for filing a reply. Defendant has attempted to complete the reply within the time originally provided by this Court's order, but has been unable to address adequately all of the issues raised by plaintiffs in their opposition.

Counsel for plaintiffs and for the other defendants have both indicated that they have no objection to this requested extension.

Respectfully submitted,

/s/Louis A. Colombo
Louis A. Colombo (0025711)
Brandt W. Gebhardt (0079823)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
lcolombo@bakerlaw.com
bgebhardt@bakerlaw.com

*Attorneys for Defendant RHI Entertainment Distribution, LLC*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel for plaintiffs and each of the defendants via the Court's electronic filing system this 4th day of March, 2009.

        /s/Louis A. Colombo
*One of the Attorneys for Defendants*
*RHI Entertainment Distribution, LLC*

502313155