IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REED, et al., <br>           Plaintiffs, <br><br> vs. <br><br> FREEBIRD FILM PRODUCTIONS, INC., <br>  et al., <br><br>           Defendants. | ) <br> ) <br> ) CASE NO. 1:08CV1761 <br> ) <br> ) JUDGE CHRISTOPHER A. BOYKO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL DECLARATION OF GARY HABER, CPA

I, Gary Haber, having been duly sworn, do hereby depose and state:

1.      I am the President of Haber Corporation Certified Public Accountants ("Haber Corporation"), a company that provides financial and tax advice, tour accounting, royalties, and business management services for entertainment clients. Haber Corporation has provided such services, and in particular business management services, for the musical group Lynyrd Skynyrd for 21 years.

2.      I do not recall that the Lynyrd Skynyrd organization has ever received any net profits in connection with "Freebird . . . The Movie."

3.      I was the Treasurer of Freebird Film Productions, Inc. ("Freebird Film Productions") between 1999 and 2003. In 2003, I became the Secretary of Freebird Film Productions, a position I hold to this day.

4.      If Freebird Film Productions received any net profits from "Freebird . . . The Movie" between 1999 and 2003, I would have knowledge of it. Freebird Film Productions did not receive any net profits from "Freebird . . . The Movie" between 1999

and 2003. Furthermore, I do not believe that Freebird Film Productions has ever received any net profits in connection with "Freebird . . . The Movie."

I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: March 1, 2009

Gary Haber, CPA