IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

REED, et al., )
       Plaintiffs, ) CASE NO. 1:08CV1761
)
vs. ) JUDGE CHRISTOPHER A. BOYKO
)
FREEBIRD FILM PRODUCTIONS, INC., )
  et al., )
)
       Defendants. )
)

## DECLARATION OF JUDY JENNESS

I, Judy Jenness, having been duly sworn, do hereby depose and state:

1.     Freebird Video Productions, Inc. ("Freebird Video Productions") was formed on January 18, 1995. I was the promoter and sole incorporator of Freebird Video Productions.

2.     Freebird Video Productions changed its name to Freebird Film Productions, Inc. ("Freebird Film Productions") in September 1995.

3.     I acted as Secretary for Freebird Film Productions between the company's formation and 2003. Since 2003, I have acted as Treasurer for Freebird Film Productions. Accordingly, I have been an officer of the company in various capacities since its formation in 1995.

4.     If Freebird Film Productions received any net profits from "Freebird . . . The Movie," I would have knowledge of it. Freebird Film Productions has never received any net profits from "Freebird . . . The Movie."

I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: March 2, 2009

Judy Jenness