## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Ohio

Craig Reed, et al.

                                    Plaintiff,

v.                                                    Case No.: 1:08–cv–01761–CAB
                                                      Judge Christopher A. Boyko

Freebird Film Productions, Inc., et al.

                                    Defendant.

## SCHEDULING NOTICE

### PLEASE TAKE NOTICE OF THE FOLLOWING:

Notice of Status Conference set for 12/8/2009 at 02:00 PM in to be held telephonically before Judge Christopher A. Boyko. Plaintiff shall initiate the call, join opposing counsel and this Court at (216) 357–7151. (M,M)

**PLACE**
Carl B Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH
44113

December 1, 2009

                                              Geri M. Smith, Clerk
                                    Marsha A McDowell, Deputy Clerk

Dockets.Justia.com