**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CRAIG REED, et al.,** | ) | **CASE NO. 1:08CV1761** |
| | ) | |
| Plaintiffs, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**SHOW CAUSE ORDER**</u> |
| | ) | |
| **FREEBIRD FILM** | ) | |
| **PRODUCTIONS, INC., et al.,** | ) | |
| Defendants. | ) | |

<u>**CHRISTOPHER A. BOYKO, J.**</u>:

  A Telephone Conference was conducted on February 5, 2010. Although settlement proposals were discussed, no resolution could be reached, in part because of concerns expressed by individuals who are not part of this lawsuit. The Court notes that Fed.R.Civ.P. 19 recites in pertinent part:

  (a)(1). Required Party. A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:

  (A) in that person's absence, the court cannot accord complete relief among existing parties; or

(B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:

> (i) as a practical matter impair or impede the person's ability to protect the interest; or
>
> (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

In light of the conversations in the Settlement Conference, and upon consideration of the joinder rules, the Court orders Plaintiffs and Defendants to show cause in writing, on or before February 19, 2010, why individuals not currently named in the above-captioned lawsuit should not be joined as required parties for complete disposition. The briefs shall not exceed five pages in length.

**IT IS SO ORDERED.**

**DATE: February 8, 2010**

                                                **S/Christopher A. Boyko**
                                                **CHRISTOPHER A. BOYKO**
                                                **United States District Judge**