Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,271,355
Registered Aug. 24, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# LYNYRD SKYNYRD

LYNYRD SKYNYRD PRODUCTIONS, INC. (FLORIDA CORPORATION)
C/O BLOOM, HERGOTT, COOK, DIEMER AND KLEIN LLP
150 SOUTH RODEO DRIVE THIRD FLOOR
BEVERLY HILLS, CA 90212

FOR: ENTERTAINMENT IN THE NATURE OF LIVE PERFORMANCES BY A MUSICAL GROUP, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

SER. NO. 75-254,977, FILED 3-10-1997.

GEORGE POLOGEORGIS, EXAMINING ATTORNEY