Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,240,157
Registered Apr. 20, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## LYNYRD SKYNYRD

LYNYRD SKYNYRD PRODUCTIONS, INC. (FLORIDA CORPORATION)
C/O BLOOM, HERGOTT, COOK DIEMER AND KLEIN, LLP150 SOUTH RODEO DRIVE, THIRD FLOOR
BEVERLY HILLS, CA 90212

FOR: PRE-RECORDED COMPACT DISCS, AUDIO CASSETTES, VIDEO CASSETTES, ALBUMS, AND SOUND RECORDINGS FEATURING MUSICAL PERFORMANCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1968; IN COMMERCE 0-0-1968.

SER. NO. 75-254,976, FILED 3-10-1997.

GEORGE POLOGEORGIS, EXAMINING ATTORNEY