Side - 1

Reed et al v. Freebird Film Productions, Inc. et al    Doc. 101 Att.

**NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION**
**MAILING DATE: Jul 29, 2005**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065. The combined declaration is accepted and acknowledged. The registration remains in force. For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:** 2240157
**MARK:** LYNYRD SKYNYRD
**OWNER:** LYNYRD SKYNYRD PRODUCTIONS, INC.

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

STANLEY W SOKOLOFF
BLAKELY SOKOLOFF TAYLOR & ZAFMAN
12400 WILSHIRE BLVD 7TH FL
LOS ANGELES, CA 90025