Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,268,065
Registered Aug. 10, 1999

## TRADEMARK
PRINCIPAL REGISTER

## LYNYRD SKYNYRD

LYNYRD SKYNYRD PRODUCTIONS, INC. (FLORIDA CORPORATION)
C/O BLOOM, HERGOTT, COOK, DIEMER AND KLEIN, LLP 150 SOUTH RODEO DRIVE, THIRD FLOOR
BEVERLY HILLS, CA 90212

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, HATS AND BANDANNAS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1973; IN COMMERCE 0-0-1973.

SER. NO. 75-254,179, FILED 3-10-1997.

GEORGE POLOGEORGIS, EXAMINING ATTORNEY