Case: 1:08-cv-01761-CAB  Doc #: 101-9   Filed: 02/19/10  1 of 2.  PageID #: 949

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼                    Web History | Search settings | Sign in

skynyrd                                                                                [Search]    Advanced Search

**Web**    Show options...                                                    Results **1 - 10** of about **2,850,000** for **skynyrd**. (0.20 seconds)

### Lynyrd **Skynyrd**
Page has current news about the band, tour information, a biographical history
of the band, multimedia and merchandise.
Tour - The Band - Albums - Music
www.lynyrd**skynyrd**.com/ - Cached - Similar

**Sponsored Links**

**Skynyrd** at Amazon
Low prices on new & used music.
Qualified orders over $25 ship free
Amazon.com/music

See your ad here »

### Lynyrd **Skynyrd** - Wikipedia, the free encyclopedia
Lynyrd **Skynyrd** (pronounced /ˌlɛnərd ˈskɪnərd/ LEN-ərd-SKIN-ərd) is a Southern
Rock band, formed in Jacksonville, Florida in 1964. The band became
prominent ...
History - Recognition - Members - Discography
en.wikipedia.org/wiki/Lynyrd_**Skynyrd** - 1 hour ago - Cached - Similar

### lynyrd **skynyrd**
That Smell by lynyrd **skynyrd** from the All Time Greatest Hits album Lyrics: Whiskey Bottles,
and brand new cars, oak tree your in my way There is to. ...
**skynyrd**.com/ - Cached - Similar

### Video results for **skynyrd**


Lynyrd **Skynyrd** - Simple Man
8 min - Aug 20, 2006
www.youtube.com


Lynyrd **Skynyrd**-Free Bird-BBC 1975
10 min - Nov 30, 2007
www.youtube.com

### Lynyrd **Skynyrd** History Official Website
Lynyrd **Skynyrd** Original Band, History, Photos, Stories, Memorabilia & More...
www.lynyrd**skynyrd**history.com/ - Cached - Similar

### Lynyrd **Skynyrd** on MySpace Music - Free Streaming MP3s, Pictures ...
MySpace Music profile for Lynyrd **Skynyrd**. Download Lynyrd **Skynyrd** Southern Rock / /
music singles, watch music videos, listen to free streaming mp3s, ...
www.myspace.com/lynyrd**skynyrd** - Cached - Similar

### Lynyrd **Skynyrd** - The Legacy Continues
Lynyrd **Skynyrd** Tour Dates, Lynyrd **Skynyrd** Photos, Lynyrd **Skynyrd** Fan Club, Lynyrd
**Skynyrd** Fans, Lynyrd **Skynyrd** News.
www.**skynyrd**.net/ - Cached - Similar

### Lynyrd **Skynyrd** Frynds & Chat Site
Chatroom for fans of the original and current band.
www.frynds.com/ - Cached - Similar

### Lynyrd **Skynyrd** : Rolling Stone
Rolling Stone gives you total Lynyrd **Skynyrd** coverage including free music, videos, photos,
music news and exclusive Rolling Stone articles.
www.rollingstone.com/artists/lynyrd**skynyrd** - Cached - Similar

### Lynyrd **Skynyrd** – Discover music, videos, concerts, & pictures at ...
Watch videos & listen free to Lynyrd **Skynyrd**: Sweet Home Alabama, Free Bird & more, plus
43 pictures. Lynyrd **Skynyrd** (IPA: /ˌlɛnəd ˈskɪnəd/) (leh-nerd ...
www.last.fm/music/Lynyrd+**Skynyrd** - 6 hours ago - Cached - Similar

### Book results for **skynyrd**

Case: 1:08-cv-01761-CAB  Doc #: 101-9  Filed: 02/19/10  2 of 2.  PageID #: 950

Lynyrd Skynyrd: Remembering the Free Birds of ... - Gene Odom, Frank Dorman - 269 pages
Freebirds: The Lynyrd Skynyrd Story - Marley Brant - 260 pages

Image results for **skynyrd** - Report images

    

Searches related to **skynyrd**

| | | | |
|---|---|---|---|
| skynyrd **lyrics** | skynyrd **plane crash** | skynyrd **dixie** | skynyrd **tabs** |
| skynyrd **frynds** | skynyrd **video** | skynyrd **collectybles** | **lynyrd bird** |

**1** 2 3 4 5 6 7 8 9 10    Next

skynyrd                    [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

http://www.google.com/search?hl=en&source=hp&q=skynyrd&aq=f&aqi=g10&oq=