Reed et al v. Freebird Film Productions, Inc. et al                                    Doc. 101 Att. 9

# DAVIS SHAPIRO & LEWIT

NEW YORK • LOS ANGELES • SAN FRANCISCO

Fred Davis ‡
Steven G. Shapiro •
Peter Lewit
Jonathan Blaufarb Ӿ
Kim Youngberg
Nicole A. Bernard *
Andrew Bergman
Jeffrey A. Worob **
Ian A. Montone Ӿ
Douglas J. Davis
Anne T. Amann
Alison K. Finley
Scott H. Bradford Ӿ
David H. Mantel • ■
Stacy Fass ‡ ■
Lisa E. Socransky Ӿ ■
Darrell Thompson ■

JONATHAN BLAUFARB
jblaufarb@mail2dsl.com
T  415 227 0555

December 21, 2000
**Via Certified Mail**

Craig Reed
4217 South Arlington
Uniontown, OH  44685

Re:   **Lynyrd Skynyrd**

Dear Mr. Reed:

We are general counsel to Lynyrd Skynyrd (the "Band").  It has come to our attention that you have established a business and a website, Survivor Films and www.skynyrdsurvivor.com, on which you advertise and sell CD-ROMs, photographs, memorabilia, collectables and films embodying the likenesses of, or belonging to, the Band.

In your operation of Survivor Films and the website, your use of the name Lynyrd Skynyrd infringes our client's rights under federal, state and common law in and to the trademark Lynyrd Skynyrd.  This activity, along with the utilization of the individual members' names and likenesses, collectables received by you as an employee, and clips of musical performances subjects you to, without limitation, claims based upon trademark infringement, copyright infringement, unlawful appropriation, unfair competition, unjust enrichment, false designation of origin, dilution, and violations of recording and publishing rights, including those of Universal Music.  By using clips from the Behind the Music program featuring the Band, you have also infringed the rights of VH-1. The Band and its management are very unhappy with your activities, and you are putting your employment in jeopardy.

We demand that you immediately cease and desist from operating the www.skynyrdsurvivor.com website.  We demand that the website be taken down, and that you discontinue all of its functions, including without limitation, all sales of CD-ROMs and films, website memberships, and advertisement and promotion of the Band, live performances and merchandising.

In addition, we demand that you immediately confirm in writing that you will comply with the foregoing demand.  If you do not comply with the foregoing demands, we will be forced to take appropriate action under the law to enforce our client's rights.

New York

689 Fifth Avenue
Fifth Floor
New York, NY 10022
T  212 230 5500
F 212 230 5510

Los Angeles

8932 Keith Avenue
Los Angeles, CA 90069
T  310 205 9888
F  310 205 9889

San Francisco

The Clocktower Building
461 Second Street
Loft 228
San Francisco, CA 94107
T  415 227 0555
F  415 227 9419

*Admitted in NJ only* *
*Admitted in NY and NJ* **
*Admitted in CA only*  Ӿ
*Admitted in NY and CA* ‡
*A professional Corporation* •
*Of Counsel* ■

SL.1201.1

Dockets.Justia.com

Mr. Craig Reed
December 21, 2006
Page 2

Nothing in this letter shall be deemed a waiver of our client's rights or limit any remedy or right, under law or equity, and all such rights and remedies are expressly reserved.

Sincerely,

Jonathan Blaufarb
of Davis Shapiro & Lewit, LLP

cc: Gary Rossington
    Billy Powell
    Leon Wilkeson
    Johnny Van Zant
    Ken Levitan
    Gary Haber

SL.1201.1

Mr. Craig Reed
December 21, 2000
Page 3

bcc:    Don Lester
        Michael Yokan