Reed et al v. Freebird Film Productions, Inc. et al     Doc. 101 Att. 10
Page 1 of 10
Case: 1:08-cv-01761-CAB Doc #: 101-11 Filed: 08/13/10 1 of 5. PageID #: 954

## Letter From Craig To The Fans

*Please Read*     *Please Read*



My name is Craig Reed, I am a survivor of the LYNYRD SKYNYRD plane crash that took place on October 20,1977. The private lives of Lynyrd Skynyrd have remained with me out of loyalty. I have been the most dedicated and devoted employee of the Lynyrd Skynyrd Band since 1973. This was even quoted by Billy Powell and the late Leon Wilkeson, and oddly enough, Ronny Van Zant used to say I would be with the band forever and I would never regret it. For things I did for the band above and beyond the normal call of duties. Like back in the early days, when there was NO MONEY, And I would take the required turn for each band member to spend the night guarding the equipment at a rehearsal studio known as the Hell House, (The name says it all). I took the place of each of them so they could go home and be with their families instead of a night from hell. Other things I did are some of the things in thier private life. I have kept secrets for 32 years. I guess its all no secrets anyways. Someone could have written about some of it In the multiple books that have been written.

I am currently offering my items from my 32 year collection of "LYNYRD SKYNYRD" memorabelia on eBay. These are garenteed authentic items from my personal collection, many, of which, are very rare and one of a kind items. Click the link below to view my current items for sale!

### Click Here To Check My Auctions!

### New Updates Coming Soon!

We will be adding VIDEO QUESTION AND ANSWERS:
Send in questions about anything you want to know about Skynyrd, or stories you've heard and I will post videos of me answering your questions or tell you the true story or if it even happened! Send a video asking your questions and it will appear along with the answer!................Send your questions and videos to:

**questions@skynyrdsurvivor.com**

Also adding NEW PICTURES, Rare Articles and more!

WebSite Design By: TBP2 Multimedia - Brett Anderson
Phone: 765-461-1042
Email: TBP2@hughes.net

REPLAY     ENTER     *Craig Reed*

Case: 1:08-cv-01761-CAB Doc #: 101-11 Filed: 02/19/10 2 of 5. PageID #: 955



 **Lynyrd Skynyrd Frynds**
**Prev** | Ring Hub | Join | **Rate** | **Next >>**

© WebRing Inc.

Search

Case: 1:08-cv-01761-CAB Doc #: 101-11 Filed: 02/19/10 3 of 5. PageID #: 956

# Get Your Membership!

**Choose the membership that's right for you. You may join for $6.95 for one month or save money by joining for 3 Months at 13.95 (save $6.90 over monthly subscription) , or save even more by getting a 1 year membership at $41.95 (save $41.45 over the monthly subscription rate)**



[Membership Help](#)

## WHY JOIN SkynyrdSurvivor.Com?

Besides all of the great content that you will see, you will also be able to purchase Craig Reeds personal memorabillia which will only be offered to our members and you will be able to chat and leave messages to Craig and special guest from time to time and there will also be members only contest and more!

*How would you like a chance to own Allen Collins 1932 Plymouth Coupe Hotrod?*

[ Close Window ]

Case: 1:08-cv-01761-CAB   Doc #: 101-11   Filed: 03/10/10   4 of 5.   PageID #: 857

**Thanks For Joining!
SkynyrdSurvivor.Com**
*Craig Reed*

**To Enter Our Site
You Must Confirm Your Membership!**

Click button below and send us your membership info with the username and password you wish to use and we will add you to our database as soon as possible. This may take up to 3 days and we will notify you by return email once we have you set up. Your membership will not start until you recieve our confirmation.

**CLICK HERE TO CONFIRM**

Case: 1:08-cv-01761-CAB Doc #: 101-11 Filed: 02/19/10 5 of 5. PageID #: 958

