Reed et al v. Freebird Film Productions, Inc. et al — Doc. 101 Att. 12
Case: 1:08-cv-01761-CAB Doc #: 101-13 Filed: 02/19/10 1 of 5. PageID #: 960
Page 1 of 12
index

## Letter From Craig To The Fans

*Please Read*  *Please Read*



My name is Craig Reed, I am a survivor of the LYNYRD SKYNYRD plane crash that took place on October 20, 1977. The private lives of Lynyrd Skynyrd have remained with me out of loyalty. I have been the most dedicated and devoted employee of the Lynyrd Skynyrd Band since 1973. This was even quoted by Billy Powell and the late Leon Wilkeson, and oddly enough, Ronny Van Zant used to say I would be with the band forever and I would never regret it. For things I did for the band above and beyond the normal call of duties. Like back in the early days, when there was NO MONEY, And I would take the required turn for each band member to spend the night guarding the equipment at a rehearsal studio known as the Hell House, (The name says it all). I took the place of each of them so they could go home and be with their families instead of a night from hell. Other things I did are some of the things in thier private life. I have kept secrets for 32 years. I guess its all no secrets anyways. Someone could have written about some of it In the multiple books that have been written.

I am currently offering my items from my 32 year collection of "LYNYRD SKYNYRD" memorabelia on eBay. These are garenteed authentic items from my personal collection, many, of which, are very rare and one of a kind items. Click the link below to view my current items for sale!

**Click Here To Check My Auctions!**

**New Updates Coming Soon!**

We will be adding VIDEO QUESTION AND ANSWERS:
Send in questions about anything you want to know about Skynyrd, or stories you've heard and I will post videos of me answering your questions or tell you the true story or if it even happened! Send a video asking your questions and it will appear along with the answer!................Send your questions and videos to:

**questions@skynyrdsurvivor.com**

Also adding NEW PICTURES, Rare Articles and more!

WebSite Design By: TBP2 Multimedia - Brett Anderson
Phone: 765-461-1042
Email: TBP2@hughes.net

REPLAY    ENTER    *Craig Reed*

Case: 1:08-cv-01761-CAB Doc #: 101-13 Filed: 02/19/10 2 of 5. PageID #: 961





© WebRing Inc.

**Lynyrd Skynyrd Frynds**
**Prev** | Ring Hub | Join | **Rate**| **Next >>**

Search



# Get Your Membership!

**Choose the membership that's right for you. You may join for $6.95 for one month or save money by joining for 3 Months at 13.95 (save $6.90 over monthly subscription) , or save even more by getting a 1 year membership at $41.95 (save $41.45 over the monthly subscription rate)**

Make payments with PayPal - it's fast, free and secure!

Make payments with PayPal - it's fast, free and secure!

Make payments with PayPal - it's fast, free and secure!

Make payments with PayPal - it's fast, free and secure!

Membership Help

Official PayPal Seal

## WHY JOIN SkynyrdSurvivor.Com?

Besides all of the great content that you will see, you will also be able to purchase Craig Reeds personal memorabillia which will only be offered to our members and you will be able to chat and leave messages to Craig and special guest from time to time and there will also be members only contest and more!

***How would you like a chance to own Allen Collins 1932 Plymouth Coupe Hotrod?***

## Back To SS.Com

# Survivor Films

## Billing Information 

Required

| Subscription To | Terms | Amount |
|---|---|---|
| SkynyrdSurvivor.Com | $99.95 USD for each 5 years | $99.95 USD |

**Select Payment Type**

Signing up for a PayPal account will be required to complete this purchase.

○ **PayPal** Pay fast with PayPal. It's free and private. Learn more

⦿ No PayPal account? Use your credit card or bank account (where available).

**Country**

Country: United States

**Credit or Debit Card Information**

First Name: _____
(as it appears on card)

Last Name: _____
(as it appears on card)

Card Type: Select Card

Card Number: _____

Expiration Date: 01 2010

Card Security Code:    What's this?

**Billing Address**

Address Line 1: _____

Address Line 2: _____

City: _____

State: _____

ZIP Code: _____

**Contact Information**

This information will only be used to contact you regarding your payment, if needed.

Email Address: _____

Home Telephone: _____    Privacy

**Security Check**

Type characters as shown in the box. Help

Enter the characters:
(not case sensitive)

Need help?

Case: 1:08-cv-01761-CAB  Doc #: 101-13  Filed: 02/19/10  5 of 5.  PageID #: 964

Cancel and Return to Merchant

Continue

PayPal. The safer, easier way to pay.
For more information, read our User Agreement and Privacy Policy.