Reed et al v. Freebird Film Productions, Inc. et al Doc. 101 Att. 13

```
<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN"
"http://www.w3.org/TR/html40/loose.dtd">
<html><head>
<title>index</title>
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<meta name="author" content="Brett">
<meta name="generator" content="SWiSHmax http://www.swishzone.com">
<meta name="description" content="index">
<meta name="keywords" content="1042, 1973, 1977, 20, 30, 32, 461, 765, about, above, adding,
alive, all, along, anderson, answer, answering, answers, anything, anyways, appear, articles,
as, asking, at, auctions, authentic, back, band, below, beyond, billy, books, brett, by, call,
check, click, collection, com, coming, contains, craig, crash, current, currently, days,
dedicated, design, devoted, duties, each, early, ebay, email, employee, enough, enter,
equipment, even, families, fans, for, forever, freinds, garenteed, go, guarding, guess,
happened, heard, hell, home, house, hughes, in, instead, intro, is, items, keep, kept, kind,
know, known, late, leon, letter, life, like, link, lives, loading, lost, loyalty, lynyrd, many,
member, memorabelia, memories, memory, money, more, most, multimedia, multiple, my, name, net,
never, new, night, no, normal, october, oddly, offering, one, other, out, over, personal, phone,
pictures, place, plane, please, post, powell, private, question, questions, quoted, rare, read,
reed, regret, rehearsal, remained, replay, required, ronny, sale, say, says, secrets, send,
since, site, skip, skynyrd, skynyrdsurvivor, someone, soon, spend, stories, story, studio,
survivor, survivors, take, tbp2, tell, that, their, them, there, these, thetrue, they, thier,
things, this, took, turn, updates, used, van, ve, video, videos, view, wait, want, website,
welcome, wilkeson, will, with, written, year, years, your, zant">
<!-- text used in the movie -->
<!-- 1042, 1973, 1977, 20, 30, 32, 461, 765, about, above, adding, alive, all, -->
<!-- along, anderson, answer, answering, answers, anything, anyways, appear, -->
<!-- articles, as, asking, at, auctions, authentic, back, band, below, beyond, -->
<!-- billy, books, brett, by, call, check, click, collection, com, coming, -->
<!-- contains, craig, crash, current, currently, days, dedicated, design, devoted, -->
<!-- duties, each, early, ebay, email, employee, enough, enter, equipment, even, -->
<!-- families, fans, for, forever, freinds, garenteed, go, guarding, guess, -->
<!-- happened, heard, hell, home, house, hughes, in, instead, intro, is, items, -->
<!-- keep, kept, kind, know, known, late, leon, letter, life, like, link, lives, -->
<!-- loading, lost, loyalty, lynyrd, many, member, memorabelia, memories, memory, -->
<!-- money, more, most, multimedia, multiple, my, name, net, never, new, night, no, -->
<!-- normal, october, oddly, offering, one, other, out, over, personal, phone, -->
<!-- pictures, place, plane, please, post, powell, private, question, questions, -->
<!-- quoted, rare, read, reed, regret, rehearsal, remained, replay, required, -->
<!-- ronny, sale, say, says, secrets, send, since, site, skip, skynyrd, -->
<!-- skynyrdsurvivor, someone, soon, spend, stories, story, studio, survivor, -->
<!-- survivors, take, tbp2, tell, that, their, them, there, these, thetrue, they, -->
<!-- thier, things, this, took, turn, updates, used, van, ve, video, videos, view, -->
<!-- wait, want, website, welcome, wilkeson, will, with, written, year, years, -->
<!-- your, zant -->
<!-- urls used in the movie -->
<!-- http://search.ebay.com/_W0QQsassZsyrvyvyr_guitarsQQhtZ-1, index.html, -->
<!-- index2.html -->
<!-- Created by SWiSHmax - Flash Made Easy - www.swishzone.com -->
</head>
<body bgcolor="#000000">
<center>
<object classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"

codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#version=5,0,42,0"
  id="index" width="750" height="836">
  <param name="movie" value="index.swf">
  <param name="bgcolor" value="#000000">
  <param name="quality" value="high">
  <param name="allowscriptaccess" value="samedomain">
  <embed type="application/x-shockwave-flash"
   pluginspage="http://www.macromedia.com/go/getflashplayer"
   width="750" height="836"
   name="index" src="index.swf"
   bgcolor="#000000" quality="high"
   swLiveConnect="true" allowScriptAccess="samedomain"
  ></embed>
</object>
</center>
</body>
</html>
```

Dockets.Justia.com